**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

JOSE GEHOVANNY ALONZO PORTILLO and
EVIN SANTIAGO ALONZO PORTILLO

Petitioners,

v. CIVIL ACTION NO. 3:26-0543

DAVID VENTURELLA,
Acting Director, United States Immigration and Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General,
DAVID KLUEMPER,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

Pending before the Court is Petitioners' Petition for a Writ of Habeas Corpus (ECF No. 1) and Petitioners' Motion for Immediate Order to Show Cause and Immediate Order Preventing Removal or Transfer (ECF No. 3). **IT IS HEREBY ORDERED** that:

1. Respondents **SHALL NOT** remove or facilitate the removal of Petitioners from the Western Regional Jail. To the extent that Petitioners have already been removed from

Western Regional Jail, Respondents **SHALL NOT** remove or facilitate the removal of Petitioners from the Southern District of West Virginia. To the extent that Petitioners have already been removed from the Southern District of West Virginia., Respondents **SHALL NOT** remove or facilitate the removal of Petitioners from the State of West Virginia. To the extent Petitioners have already been removed from the State of West Virginia, Respondents **SHALL NOT** transport Petitioners to a geographically further location or remove Petitioners from the United States pending further order of the Court.

2. The Court will issue an Order addressing the remainder of Petitioners' Petition (ECF No. 1) and Petitioners' Motion (ECF No. 3) **tomorrow, on Tuesday, September 1, 2026**.
3. Service of this Order shall be made by Petitioners on the United States Attorney for the Southern District of West Virginia by **6:00 P.M. on Monday, August 31, 2026**, and shall constitute good and sufficient service on Respondents.

ENTER: August 31, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE