**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

JOSE GEHOVANNY ALONZO PORTILLO and
EVIN SANTIAGO ALONZO PORTILLO

Petitioners,

v. CIVIL ACTION NO. 3:26-0543

DAVID VENTURELLA,
Acting Director, United States Immigration and
Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General,
DAVID KLUEMPER,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

Pending before the Court is Respondents' Unopposed Motion for Extension to File Response. Mot., ECF No. 7. Petitioners' counsel has confirmed that Petitioners have been released from Western Regional Jail. *Id.* at 2. Petitioners do not object to an extension. *Id.* Accordingly, this Motion is **GRANTED**.

In lieu of the previously ordered deadlines, **IT IS HEREBY ORDERED** that:

1. Respondents **SHALL** file a written response to **SHOW CAUSE** as to why the Petition should not be granted by **12:00 P.M. on Wednesday, September 9, 2026**. The response shall indicate whether Respondents have a good faith basis to assert that they will present arguments in this case that have not previously been considered and rejected by this Court.
2. Petitioners shall have an opportunity to file a reply no later than **Thursday, September 10, 2026, at 12:00 P.M.**
3. The Show Cause Hearing previously scheduled for Thursday, September 3, 2026, is **CANCELLED**.
4. This matter shall be heard by this Court on **Friday, September 11, 2026**, **at 1:00 P.M.**, if necessary.
5. Service of this Order shall be made by Petitioners on the United States Attorney for the Southern District of West Virginia on **Wednesday, September 2, 2026**, and shall constitute good and sufficient service on Respondents.

ENTER: September 2, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE