**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

JOSE GEHOVANNY ALONZO PORTILLO and
EVIN SANTIAGO ALONZO PORTILLO

Petitioners,

v. CIVIL ACTION NO. 3:26-0543

DAVID VENTURELLA,
Acting Director, United States Immigration and
Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General,
DAVID KLUEMPER,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

Pending before the Court is Respondents' Motion to Dismiss and Motion to Hold in Abeyance. ECF No. 9. The Petitioners have been released from detention without being processed by Respondents and without any conditions imposed by Respondents. Accordingly, Respondents' Motion to Hold in Abeyance is **GRANTED**. The Court will issue a separate Order as to Respondents' Motion to Dismiss.

In lieu of the previously ordered deadlines, **IT IS HEREBY ORDERED** that:

1. The Show Cause Hearing previously scheduled for Friday, September 11, 2026, is **CANCELLED**.
2. The Show Cause Hearing will be rescheduled, as necessary, pending the Court's Order on Respondents' Motion to Dismiss.
3. Respondents' deadline to file a Response to Show Cause will be extended, as necessary.
4. Petitioners' deadline to file a Reply will be extended, as necessary.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: September 10, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE